United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Eduardo J. Morejon, Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 18-24752-Civ-Scola |
| | ) |
| Rick Scott and others, Defendants. | ) |

## Order Dismissing Case

This matter is before the Court on an independent review of the record. The Plaintiff, Eduardo Morejon, initiated this action against Rick Scott, Donald Trump, Carlos Jimenez, Harvey Ruvin, Abigail P. Johnson, State of Florida Corporation, and United States of America Incorporated. (ECF No. 1.)

Cutting through the generally unintelligible factual basis for the claims, the Plaintiff lists a series of "crimes/violations" committed by the Defendants: "felony misappropriation of funds; false entries and reports of monies or securities; breach of the peace; breach of oath of office; breach of fiduciary duties; conspiracy to defraud; kidnapping; false imprisonment: and lack of full disclosure in violation of the oath of office." (ECF No. 1 at 4.) The Defendant also includes a random list of statutes as the basis for the Court's jurisdiction: 31 Section 103.11 (does not exist); 28 U.S.C. § 2041 (deposit of moneys in pending or adjudicated cases); 31 U.S.C. § 3302 (U.S. custodians of money); 18 U.S.C. § 241 (criminal statute); 18 U.S.C. § 242 (criminal statute); 18 U.S.C. § 2071 (criminal statute); 18 U.S.C. § 2073 (criminal statute); 18 U.S.C. § 2076 (criminal statute); 18 U.S.C. § 1583 (criminal statute); 18 U.S.C. 1589 (criminal statute); U.C.C. § 3-104; U.C.C. § 3-112; and U.C.C. § 3-603.

"[D]istrict courts have the inherent power to *sua sponte* dismiss frivolous suits without giving notice to the parties." *Davis v. Kvalheim*, 261 F. App'x 231, 234-35 (11th Cir. 2008). Here, the Complaint is "clearly baseless and without arguable merit in fact." *Id.* No proper jurisdictional basis is asserted and no facts are alleged to support the Plaintiff's list of "crimes/violations." As a result, this case is **dismissed** under both the Court's inherent authority and 28 U.S.C. § 1915€(2)(B)(i). *Id.*

The **Clerk** is instructed to **close** this case and **mail** a copy of this order to the Plaintiff at the address listed below. All pending motions, if any, are **denied** as moot.

**Done and ordered** at Miami, Florida, on March 22, 2019.

_____
Robert N. Scola, Jr.
United States District Judge

*Copies to:*
Eduardo J. Morejon
905 S.W. First Street
Suite #229
Miami, FL 33130